

Mark Lerner, Esq.
Email: mlerner@ssbb.com
Direct Dial: (212) 404-8714

230 Park Avenue
11th Floor
New York, NY 10169-0079
(212) 818-9200
(212) 818-9606 (Fax)

51 John F. Kennedy Parkway
First Floor West
Short Hills, NJ 07078-2713
(973) 218-2509
(973) 218-2401 (Fax)

www.ssbb.com

March 18, 2019

Honorable Alison J. Nathan, U.S.D.J.
United States District Court, Southern District of New York
40 Foley Square, Room 2102
New York, New York 10007

Re:   *Richard Harbus v. Fansided Inc.*, No. 19 Civ. 1875 (AJN)

Dear Judge Nathan:

    We write on behalf of Fansided Inc. ("Fansided"), defendant in the above-captioned action, to request, pursuant to Paragraph 1.D of Your Honor's Individual Practices in Civil Cases, an extension of time until April 22, 2019 to answer or otherwise move in response to the complaint. Plaintiff has consented to the requested extension. The original deadline for Fansided to respond to the Complaint is March 22, 2019. This is the first request for an extension in this case.

    The parties intend to engage in good faith discussions and will promptly notify the Court in the event that a resolution is reached.

Respectfully submitted,

*/s/Mark Lerner*

Mark Lerner

cc: Richard Liebowitz, Esq. (by email and ECF)

3174636_1